UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS P. DUTY<br><br>Defendant. | CASE NO. 2:24-CR-60<br><br>JUDGE Morrison<br><br>INDICTMENT<br><br>18 U.S.C. § 1519 |

**THE GRAND JURY CHARGES:**

## INTRODUCTION

At times material to this Indictment:

1. The defendant, **NICHOLAS P. DUTY,** worked as a police officer for the Columbus Division of Police ("CPD"), a law enforcement agency in Columbus, Ohio.

2. **NICHOLAS P. DUTY** was on duty, wearing a police uniform, in a marked police vehicle, and assigned a Body Worn Camera ("BWC").

3. **NICHOLAS P. DUTY** was required to comply with CPD policies and procedures for wearing a division-issued BWC, including the following Division Directives, which he signed and acknowledged on or about June 30, 2018, December 1, 2020, April 30, 2021, and September 30, 2023:

   a. **Division Directive 11.07(II)(A)(1):** Sworn personnel assigned a BWC shall wear the BWC and have it powered on while on duty[.]

   b. **Division Directive 11.07(B)(1)(b)(1):** Sworn personnel shall activate the BWC prior to exiting their vehicle, or if not in a vehicle, prior to approaching an

individual, for all self-initiated enforcement actions, investigative activities, and citizen contacts or any time citizen contact is likely to occur.

c. **Division Directive 11.07(B)(1)(b)(2):** Sworn personnel shall activate the BWC as soon as it is reasonable and safe to do so any time a citizen initiates contact.

d. **Division Directive 11.07(M):** Sworn personnel shall continue recording until the enforcement activity or encounter has ended, or until they are ordered/permitted to stop recording by a sworn supervisor.

e. **Division Directive 11.07(V):** If sworn personnel do not record the entire contact, justification shall be expressed verbally on the BWC before turning it off when it is safe and practical to do so.

f. **Division Directive 11.07(W):** Sworn personnel shall re-activate the BWC when applicable if they re-engage suspects/citizens.

g. **Division Directive 11.07(Z):** Personnel shall not tamper with, erase, alter, or destroy any original recorded section of video or audio.

## COUNT ONE
(Destruction, Alteration, or Falsification of Records)

4. Paragraphs 1 through 3 are incorporated herein.

5. On or about October 31, 2023, in the Southern District of Ohio, the defendant, **NICHOLAS P. DUTY,** acting in relation to and in contemplation of a matter within the jurisdiction of Homeland Security Investigations and the Federal Bureau of Investigation, departments and agencies of the United States, knowingly altered, concealed, covered up, and falsified a record with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, the defendant, **NICHOLAS P. DUTY,** knowingly altered, concealed, covered up, and falsified a CPD record by deactivating his BWC during an interaction with Jane Doe One.

**In violation of 18 U.S.C. § 1519.**

2

## COUNT TWO
(Destruction, Alternation, or Falsification of Records)

6. Paragraphs 1 through 3 are incorporated herein.

7. On or about March 22, 2024, in the Southern District of Ohio, the defendant, **NICHOLAS P. DUTY,** acting in relation to and in contemplation of a matter within the jurisdiction of Homeland Security Investigations and the Federal Bureau of Investigation, departments and agencies of the United States, knowingly altered, concealed, covered up, and falsified a record with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, the defendant, **NICHOLAS P. DUTY,** knowingly altered, concealed, covered up, and falsified a CPD record by removing and obscuring his BWC during a sexual encounter with Jane Doe Two.

**In violation of 18 U.S.C. 1519**

**A TRUE BILL.**

s/ Foreperson
**FOREPERSON**

**KENNETH L. PARKER**
United States Attorney

_____
**EMILY CZERNIEJEWSKI** (IL 6308829)
**KEVIN KELLEY** (OH 0042406)
Assistant United States Attorneys