# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:24-CR-60** |
| Plaintiff, | **JUDGE SARAH D. MORRISON** |
| vs. | |
| **NICHOLAS P. DUTY,** | |
| Defendant. | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States, with the consent of defense counsel, respectfully moves for entry of an agreed-upon Protective Order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure. "Good cause" merits such an order to shield the privacy interests of third parties. Undersigned counsel have met and conferred with defense counsel, who agree with the language in Attachment A ("Proposed Protective Order").

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney

    s/ *Emily Czerniejewski*
    EMILY K. CZERNIEJEWSKI (IL 6308829)
    KEVIN KELLEY (OH 0042406)
    Assistant United States Attorneys
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    Office: (614) 406-3572
    Fax: (614) 469-5653
    Emily.Czerniejewski@usdoj.gov
    Kevin. Kelley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Unopposed Motion for Protective Order was served this XX day of May, 2024, electronically on all counsel of record.

                                           s/*Emily Czerniejewski,*
                                           EMILY CZERNIEJEWSKI (IL 6308829)
                                           Assistant United States Attorney