**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

vs.

Nicholas P. Duty,
          CASE NUMBER: 2-24-CR-60
          CHIEF JUDGE MORRISON
          Magistrate Judge King

**NOTICE**

**PLEASE NOTE** the **Change of Plea Hearing** in the above entitled action has been **RESCHEDULED** to **January 22, 2025 at 10:00 AM.** This hearing will be held before the **Honorable Norah McCann King,** United States Magistrate Judge in **Courtroom No. 220, Second Floor,** Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio.

          **NORAH MCCANN KING**
          **UNITED STATES MAGISTRATE JUDGE**

Date: January 16, 2025
          */s/ Spencer Harris*
          Spencer Harris, Deputy Clerk
          614-719-3027
          spencer_harris@ohsd.uscourts.gov

**PREVIOUSLY SCHEDULED DATE:**   January 22, 2025 at 2:30 PM