UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | |
| v. | | Case No. 2:24-cr-60<br>Chief Judge Sarah D. Morrison |
| NICHOLAS P. DUTY, | : | |
| Defendant. | | |

## ORDER

This matter is before the Court on the Magistrate Judge's January 22, 2025 Report and Recommendation. (ECF No. 25.) The time for filing objections to the Report and Recommendation has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons in the Report and Recommendation, the Court **ACCEPTS** Defendant Nicholas P. Duty's plea of guilty to Counts 1 and 2 of the Indictment.

IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**