IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America**

**NOTICE**

vs.

Case No. 2:24-cr-60

Chief Judge Sarah D. Morrison

**NICHOLAS P. DUTY**

   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard
         Columbus, Ohio 43215

**COURTROOM # 132**

**June 10, 2025, at 10:00 a.m.**

TYPE OF PROCEEDING: **SENTENCING HEARING**

**\*\*** *The following schedule is established:*
*(1) Any sentencing memorandum must be filed no later than TEN DAYS prior to sentencing. The memorandum*
*shall address the statutory sentencing factors, including any proposed variances from the guideline sentencing*
*range.*
*(2) A reply memorandum, while not necessary, shall be filed no later than three days prior to sentencing.*
*(3) Motions under 18 U.S.C. §3553(e) or U.S.S.G. §5K1.1 shall be filed at least three days prior to sentencing.*
*(4) If the parties wish to present evidence or introduce witnesses at sentencing, they must notify theCourt at least TEN days prior to sentencing.*
*(5) Parties must notify the Court if more than 30 minutes are required to conduct a hearing.*

                              **Sarah D. Morrison**
                              **CHIEF UNITED STATES DISTRICT JUDGE**

DATE:   April 16, 2025

                                 s/ Maria Rossi Cook
                              (By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF
    United States Probation